IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

CATHERINE D. LAVENTURE,

        Plaintiff,

v.                                                    Civil Action No.: 4:17cv77

NEW B, INC.,
d/b/a The Alley,

        Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Romy L. Radin, hereby enters her appearance on behalf of the defendant, New B, Inc., d/b/a The Alley, in the above styled matter.

                                                            Respectfully Submitted,
                                                           New B, Inc. d/b/a The Alley

                                                           By: /s/ Romy L. Radin
                                                                 Of Counsel

Romy L. Radin, Esquire
VSB #44465
Radin & Radin, P.C.
2200 Colonial Avenue, Suite 6
Norfolk, Virginia 23517
Telephone:    (757) 623-1216
Facsimile:     (757) 624-1718
E-Mail:        radinlaw@hotmail.com
*Attorney for defendant, New B, Inc., d/b/a The Alley*

Don Leonard Scott, Jr.
VSB #88725
Law Office of Don Scott
355 Crawford Street, Suite 602
Portsmouth, Virginia 23704
Telephone:    (757) 673-0001
Facsimile:     (757) 673-0952
E-Mail:        Dscott@donscottfirm.com
*Attorney for defendant, New B, Inc., d/b/a The Alley*

CERTIFICATE OF SERVICE

      I hereby certify that on the 7<u>th</u> day of December, 2017, I will electronically file the foregoing with the Clerk of Court using CM/ECF system, which will then send a notification of such filing (NEF) to the following:

      Christopher Colt North, Esquire
      The Consumer & Employee Rights Law Firm, P.C.
      751-A Thimble Shoals Boulevard
      Newport News, Virginia 23606
      E-Mail: cnorthlaw@aol.com

      /s/ Romy L. Radin
      Romy L. Radin, Esquire
      VSB #44465
      Radin & Radin, P.C.
      2200 Colonial Avenue, Suite 6
      Norfolk, Virginia 23517
      Telephone:  (757) 623-1216
      Facsimile:  (757) 624-1718
      E-Mail:  radinlaw@hotmail.com
      *Attorney for defendant, New B, Inc., d/b/a The Alley*

      Don Leonard Scott, Jr.
      VSB #88725
      Law Office of Don Scott
      355 Crawford Street, Suite 602
      Portsmouth, Virginia 23704
      Telephone:  (757) 673-0001
      Facsimile:  (757) 673-0952
      E-Mail:  Dscott@donscottfirm.com
      *Attorney for defendant, New B, Inc., d/b/a The Alley*